United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA C HO,<br><br>    Plaintiff,<br><br>v.<br><br>MARK PINSUKANJANA, et al.,<br><br>    Defendants. | Case No. 17-cv-06520-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 13, 14, 34, 51 |

The court has reviewed Magistrate Judge Nathanael M. Cousins' Report and Recommendation Re: Motion to Strike and Temporary Asset Restraining Order. Having received no objections to the report, and finding the report correct, well-reasoned and thorough, the court adopts it in every respect. Accordingly, the court DENIES plaintiff's motion to strike, supplemental motion to strike, and motion for a temporary asset restraining order.

**IT IS SO ORDERED.**

Dated: May 29, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge