UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA C HO,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK PINSUKANJANA, et al.,<br><br>        Defendants. | Case No. 17-cv-06520-PJH (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 68, 69 |

On July 10, 2019, Judge Hamilton referred the pending motions to quash and for a protective order, ECF Nos. 68 and 69, as well as all further discovery, to the undersigned. ECF No. 70. The Court's order states that "[a]fter the parties have met and conferred, they shall prepare a joint letter of not more than 5 pages explaining the dispute." *Id*.

In the event that the required meet and confer does not resolve the dispute, the Court **ORDERS** the parties to file the joint letter brief no later than January 17, 2019. For any further discovery disputes, the parties shall comply with the undersigned's Discovery Standing Order, which is available at https://cand.uscourts.gov/tsh/standing-orders.

**IT IS SO ORDERED.**

Dated: January 11, 2019

                                                                                THOMAS S. HIXSON
                                                                                United States Magistrate Judge