# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA C HO,<br><br>    Plaintiff,<br><br>v.<br><br>MARK PINSUKANJANA, et al.,<br><br>    Defendants. | Case No. 17-cv-06520-PJH (TSH)<br><br>**ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 74 |

On January 10, 2019, Judge Hamilton issued an order referring "all further discovery" to the undersigned. ECF No. 70. On January 11, 2019, the Court issued an order stating that "[f]or any further discovery disputes, the parties shall comply with the undersigned's Discovery Standing Order . . ." ECF No. 71. That standing order provides that "[u]pon referral from a District Judge . . . <u>no motions to compel shall be considered</u>. Instead, the parties must meet and confer." (emphasis original). "If the parties are unable to resolve their dispute informally after a good faith effort, including meet and confer efforts by lead counsel, the parties have two options." The first, if the dispute is straightforward, is a telephonic conference call with the Court. The second, for more complex disputes, is a joint letter brief of not more than five pages.

On January 21, 2019, Plaintiff Rita C. Ho filed a motion to compel in violation of the Court's Standing Order. ECF No. 74. The Court **DENIES** the motion to compel **WITHOUT PREJUDICE** to the submission of a joint discovery letter brief.

**IT IS SO ORDERED.**

Dated: January 22, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge