UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA C. HO,<br><br>       Plaintiff,<br><br>v.<br><br>MARK PINSUKANJANA, et al.,<br><br>       Defendants. | Case No. 17-cv-06520-PJH (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 83 |

On February 11, 2019, the parties filed a joint discovery letter brief, attaching exhibits A through D. The letter brief indicates that the parties dispute Defendants' responses to Plaintiff's January 18, 2018 first set of requests for production. However, the parties did not provide the requests for production or Defendants' operative responses, so the Court is unable to discern what Plaintiff asked for and what Defendants agreed or did not agree to produce. The Court **ORDERS** the parties to submit the requests for production that are the subject of this dispute and Defendants' operative responses by February 13, 2019. The Court schedules a telephonic hearing in this matter for February 20, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: February 12, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge